**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LYNNE A. RUST,<br>　　　　Plaintiff,<br>　　　v.<br>CAROLYN W. COLVIN,<br>Commissioner of the Social Security Administration,<br>　　　　Defendant. | NO. EDCV 12-1470-SS<br><br>**JUDGMENT** |

　　IT IS ADJUDGED the above-captioned action is dismissed with prejudice.

DATED: August 5, 2013

　　　　　　　　　　　　　　　　　　　_____/S/_____
　　　　　　　　　　　　　　　　　　　SUZANNE H. SEGAL
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE