**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LYNNE A. RUST,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CAROLYN W. COLVIN,<br>Commissioner of the Social<br>Security Administration,<br><br>　　　　　Defendant. | ) NO. EDCV 12-1470-SS<br>)<br>)<br>)<br>) **JUDGMENT**<br>)<br>)<br>)<br>)<br>)<br>) |

　　IT IS ADJUDGED the above-captioned action is dismissed with prejudice.

DATED: August 5, 2013

　　　　　　　　　　　　　　　　　　　／S／＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　SUZANNE H. SEGAL
　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE